UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TANIA MCCASH,<br>　　　　Plaintiff,<br>　v.<br>CENTRAL INTELLIGENCE AGENCY, et al.,<br>　　　　Defendants. | Case No. 5:15-cv-02308-EJD<br><br>**ORDER TO SHOW CAUSE** |

On June 19, 2015, the Clerk issued a notice which scheduled a Case Management Conference for this action on August 27, 2015, and required the parties to file a Case Management Conference Statement on or before August 20, 2015. See Docket Item No. 11. This notice was served on Plaintiff by mail. As of the date and time this order was filed, however, Plaintiff has not complied with the requirement to file a Case Management Conference Statement.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute. If Plaintiff does not, by **September 4, 2015**, file a Case Management Conference Statement which conforms to the undersigned's applicable Standing Order or otherwise demonstrate good cause in writing why this case should not be dismissed, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b). No hearing will be held on the order to show cause unless otherwise ordered by the court.

In light of this order, the Case Management Conference scheduled for August 27, 2015, is VACATED and will be reset if necessary upon resolution of the issue addressed herein.

**IT IS SO ORDERED.**

Dated: August 24, 2015

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 5:15-cv-02308-EJD
ORDER TO SHOW CAUSE