1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2  ALEX G. TSE (CSBN 152348)
   Chief, Civil Division
3  MICHAEL T. PYLE (CABN 172954)
   Assistant United States Attorney
4  150 Almaden Blvd., Suite 900
   San Jose, California 95113
5  Tel: (408) 535-5087 / Fax: (408) 535-5081
   Email: michael.t.pyle@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| TANIA McCASH, | Case No. CV 15-2308 EJD |
|---|---|
| Plaintiff, | **FEDERAL DEFENDANTS' NOTICE RESPONDING TO PLAINTIFF'S LETTER ABOUT CHANGING HEARING DATE** |
| v. | |
| CENTRAL INTELLIGENCE AGENCY, et al., | |
| Defendants. | Date: January 14, 2016<br>Time: 9:00 a.m.<br>Judge: Hon. Edward J. Davila<br>Courtroom: 4 (5th Floor) |

Plaintiff Tania McCash submitted a letter to the Court seeking to continue the hearing on Federal Defendants' motion for summary judgment that is set for January 14, 2016. *See* Docket No. 33.  Federal Defendants do not oppose a change in the hearing date, and would not object if the Court decided to decide the motion without a hearing. *See* Civil Local Rule 7-1(b) ("In the Judge's discretion, or upon request by counsel and with the Judge's approval, a motion may be determined without oral argument or by telephone conference call.").

FEDERAL DEFENDANTS' NOTICE ABOUT CHANGING HEARING DATE
CV 15-2308 EJD                                         1

Federal Defendants' counsel is <u>unavailable</u> for a hearing on March 10, 2016 (or any other day that week), but could be available for a hearing on March 17th, 24th or 31st or April 7th or 14th.

Dated: January 5, 2016                    Respectfully submitted,

BRIAN J. STRETCH
ACTING UNITED STATES ATTORNEY

By:   /s/  Michael T. Pyle
      MICHAEL T. PYLE
      Assistant U.S. Attorney

FEDERAL DEFENDANTS' NOTICE ABOUT CHANGING HEARING DATE
CV 15-2308 EJD                             2